PHILLIP A. TALBERT
United States Attorney
PETER THOMPSON
Acting Chief Counsel, Region IX
Social Security Administration
MARLA K. LETELLIER
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone:  (510) 970-4858
     Facsimile:  (415) 744-0134
     E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN CUBILLOS, | ) Case No.: 1:21-cv-00465-SKO |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER FOR AN |
| | ) EXTENSION OF TIME |
| v. | ) |
| | ) (Doc. 14) |
| KILOLO KIJAKAZI, Acting Commissioner of | ) |
| Social Security, | ) |
| | ) |
| | ) |
| Defendant. | ) |

Pending the Court's approval, the time for Defendant to file the certified administrative record is extended twenty-one (21) days from June 30, 2022, up to and including July 21, 2022. This is the Defendant's first request for an extension.

Defendant requests this extension in order to pursue potential settlement of this matter.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Stip for Extension of Time                1

1

Respectfully submitted,

2

Dated:  June 29, 2022

PHILLIP A. TALBERT

3

United States Attorney
PETER THOMPSON

4

Acting Regional Chief Counsel, Region IX

5

Social Security Administration

6

By      /s/  *Marla K. Letellier*

7

MARLA K. LETELLIER
Special Assistant U.S. Attorney

8

Attorneys for Defendant

9

10

Dated:  June 29, 2022

PENA & BROMBERG

11

By      /s/  *Jonathan Pena\**

12

(*as authorized via e-mail on June 29, 2022)
JONATHAN PENA

13

Attorney for Plaintiff

14

15

**ORDER**

16

Pursuant to the parties' above stipulation (Doc. 14), and for good cause shown,

17

IT IS HEREBY ORDERED that Defendant shall have an extension of time until July 21,

18

2022, to file the certified administrative record.  All other deadlines set forth in the Scheduling

19

Order (Doc. 13) shall be extended accordingly.

20

21

IT IS SO ORDERED.

22

Dated:   **June 30, 2022**                       */s/ Sheila K. Oberto*

23

UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

Stip for Extension of Time                                    2