# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Esteban Cubillos,<br>　　　　Plaintiff,<br>　vs.<br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br>　　　　Defendant. | Case No. 1:21-cv-00465-SKO<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME<br><br>(Doc. 21) |

Based upon the Plaintiff's Unopposed Motion for an extension of time (Doc. 21), for good cause shown, Fed. R. Civ. P. 16(b)(4),

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including December 9, 2022, in which to file Plaintiff's motion for summary judgment. All other deadlines set forth in the Scheduling Order (Doc. 13) shall be extended accordingly.

IT IS SO ORDERED.

Dated: **December 1, 2022**　　　　　　　　　/s/ *Sheila K. Oberto*
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE