# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN CUBILLOS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,[1]<br><br>　　　　　Defendant.<br>_____/ | Case No. 1:21-cv-00465-SKO<br><br>**ORDER THAT DEFENDANT FILE A WRITTEN STATEMENT SHOWING CAUSE WHY PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT SHOULD NOT BE DEEMED UNOPPOSED OR THAT DEFENDANT FILE THE CROSS-MOTION FOR SUMMARY JUDGMENT**<br><br>**14-DAY DEADLINE** |

On March 19, 2021, Plaintiff, represented by counsel and proceeding *in forma pauperis*, filed the present action in this Court. (Doc. 1.) Plaintiff seeks review of the Commissioner's denial of their application for benefits. (*Id.*)

The Court entered a Scheduling Order on April 1, 2022 (Doc. 13), which was enlarged by stipulation of the parties on several occasions. (*See* Docs. 18, 19, 20, 21, 25, & 26.) The current case schedule set the deadline for Plaintiff's motion for summary judgment on January 4, 2023 (*see* Doc. 26), with Defendant's cross-motion for summary judgment due "[w]ithin 45 days after service" of Plaintiff's motion. (*See* Doc. 13.) Plaintiff timely filed their motion for summary judgment on

---

[1] On July 9, 2021, Kilolo Kijakazi was named Acting Commissioner of the Social Security Administration. *See* https://www.ssa.gov/history/commissioners.html. She is therefore substituted as the defendant in this action. *See* 42 U.S.C. § 405(g) (referring to the "Commissioner's Answer"); 20 C.F.R. § 422.210(d) ("the person holding the Office of the Commissioner shall, in [their] official capacity, be the proper defendant").

January 4, 2023.  Defendant's cross-motion for summary judgment was due within 45 days—on February 17, 2023.

On February 17, 2023, Defendant failed to file and serve their cross-motion for summary judgment with the Court and on opposing counsel, and to date, no cross-motion has been filed and served. (*See* Docket.)  Defendant is, therefore, ordered to show cause, if any, why Plaintiff's motion for summary judgment should not be deemed unopposed for Defendant's failure to comply with the Court's current case schedule.  Alternatively, Defendant may file the cross-motion for summary judgment.

Accordingly, it is HEREBY ORDERED that:

1. By no later than **14 days of service of this Order,** Defendant shall **either**:
   a. file a written response to this Order showing cause why Plaintiff's motion for summary judgment should not be deemed unopposed for Defendant's failure to comply with the current case schedule; or
   b. file the cross-motion for summary judgment.

**Failure to respond to this Order to Show Cause will result in the Court deeming Plaintiff's motion for summary judgment unopposed.**

IT IS SO ORDERED.

Dated: __**March 2, 2023**__                      /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE