PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARLA K. LETELLIER
Special Assistant United States Attorney
     6401 Security Boulevard
     Baltimore, Maryland 21235
     Telephone:  (510) 970-4858
     Facsimile:  (415) 744-0134
     E-Mail: Marla.Letellier@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEBAN CUBILLOS,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:21-cv-00465-SKO<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER DISCHARGING ORDER TO SHOW CAUSE AND GRANTING STIPULATION AND UNOPPOSED MOTION<br><br>(Docs. 28 & 29) |

    IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

    On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

|   |   |   |
|---|---|---|
|   |   | Respectfully submitted, |
| Dated: March 16, 2023 |   | PHILLIP A. TALBERT<br>United States Attorney |
|   | By | /s/ *Marla K. Letellier*<br>MARLA K. LETELLIER<br>Special Assistant U.S. Attorney |
|   |   | Attorneys for Defendant |
| Dated: March 16, 2023 |   | PENA & BROMBERG |
|   | By | /s/ *Jonathan Pena\**<br>(\*as authorized via e-mail on March 16, 2023)<br>JONATHAN PENA<br>Attorney for Plaintiff |

## **ORDER**

Based on the parties' foregoing stipulation and unopposed motion for voluntary remand pursuant to Sentence Four of 42 U.S.C. § 405(g) and entry of judgment ("Stipulation to Remand"), and for good cause shown,

**IT IS ORDERED** that the Order to Show Cause (Doc. 28) is DISCHARGED and the above captioned action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

**IT IS FURTHER ORDERED** that the Clerk of Court shall enter judgment for Plaintiff and close the case.

IT IS SO ORDERED.

Dated:  **March 18, 2023**                          /s/ *Sheila K. Oberto*
                                                          UNITED STATES MAGISTRATE JUDGE